# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**JUANEVA WANN**                                                                                    **PLAINTIFF**

**v.**                              **CASE NO. 3:16-CV-00024 BSM**

**STATE FARM MUTUAL AUTOMOBILE**
**INSURANCE COMPANY**                                                                  **DEFENDANT**

## ORDER

The parties filed a joint stipulation of dismissal. *See* Doc. No. 14. Accordingly, this case is dismissed with prejudice, with each party bearing its own costs and fees.

IT IS SO ORDERED this 6th day of December 2016.

_____
UNITED STATES DISTRICT JUDGE