**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**JUANEVA WANN**                                                            **PLAINTIFF**

**v.**                         **CASE NO. 3:16-CV-00024 BSM**

**STATE FARM MUTUAL AUTOMOBILE**
**INSURANCE COMPANY**                                        **DEFENDANT**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed with prejudice, with each party bearing its own costs and fees.

DATED this 6th day of December 2016.

_____
UNITED STATES DISTRICT JUDGE